UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ZARZOZA,<br><br>    Petitioner,<br><br>  v.<br><br>FCI-VICTORVILLE MEDIUM NO. 1 WARDEN,<br><br>    Respondent. | Case No. 2:23-cv-01364-AB-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for Petitioner's failure to prosecute and comply with court orders.

DATED: April 12, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE